| | |
|---|---|
| 1 | DAVID P. FUAD (SBN 265193) |
| 2 | dfuad@orrick.com |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 355 South Grand Avenue, Suite 2700 |
|   | Los Angeles, California 90071 |
| 4 | Telephone: (213) 629-2020 |
| 5 | Facsimile: (213) 612-2499 |
| 6 | ARAVIND SWAMINATHAN (PHV to be filed) |
|   | aswaminathan@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 401 Union Street, Suite 3300 |
| 8 | Seattle, Washington  98101 |
|   | Telephone:  +1 206 839 4300 |
| 9 | Facsimile:   +1 206 839 4301 |
| 10 | |
|    | Attorneys for Defendant |
| 11 | SAGE HOME LOANS CORPORATION f/k/a |
|    | LENOX FINANCIAL MORTGAGE |
| 12 | CORPORATION d/b/a WESLEND FINANCIAL |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MIHO SAKAI, on behalf of herself and all others similarly situated, | Case No. 8:24-cv-00492-AB (KESx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| SAGE HOME LOANS CORPORATION f/k/a LENOX FINANCIAL MORTGAGE CORPORATION d/b/a WESLEND FINANCIAL, | Judge: Hon. Andre Birotte Jr. |
|    | Ctrm: 7B |
| Defendant. | Current Deadline:    April 3, 2024 |
|    | Requested Deadline: May 13, 2024 |

| | |
|---|---|
| 1 | WHEREAS, on March 3, 2024, Plaintiff Miho Sakai filed a putative class action complaint in the above-captioned action on behalf of herself and others similarly situated against Defendant Sage Home Loans Corporation f/k/a Lenox Financial Mortgage Corporation d/b/a/ Weslend Financial ("Defendant" or "SHLC"); |

WHEREAS, Plaintiff Sakai served SHLC on March 13, 2024;

WHEREAS, the current deadline for SHLC to answer, move, or otherwise respond to the Complaint is April 3, 2024;

WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer, move, or otherwise respond to the Complaint to May 13, 2024.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Sakai and SHLC, through their respective counsel of record and subject to Court approval, as follows:

Defendant SHLC shall have until May 13, 2024 to answer, move, or otherwise respond to the Complaint.

**IT IS SO STIPULATED**.

Dated:  March 26, 2024          TURKE & STRAUSS LLP

                                /s/ *Raina Borrelli*
                                RAINA BORRELLI
                                Attorneys for Plaintiff

Dated:  March 26, 2024          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                /s/ *David P. Fuad*
                                DAVID P. FUAD
                                Attorneys for Defendant

**<u>ATTESTATION</u>**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(ii), I, David P. Fuad, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

/s/ *David P. Fuad*
David P. Fuad