DAVID P. FUAD (SBN 265193)
dfuad@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 South Grand Avenue, Suite 2700
Los Angeles, California 90071
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

ARAVIND SWAMINATHAN (*pro hac vice*)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
Telephone: (206) 839-4300
Facsimile: (206) 839-4301

Attorneys for Defendant
SAGE HOME LOANS CORPORATION f/k/a
LENOX FINANCIAL MORTGAGE
CORPORATION d/b/a WESLEND FINANCIAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MIHO SAKAI, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SAGE HOME LOANS CORPORATION f/k/a LENOX FINANCIAL MORTGAGE CORPORATION d/b/a WESLEND FINANCIAL,<br><br>　　　　　　Defendant. | Case No. 8:24-cv-00492-AB (KESx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Andre Birotte Jr.<br>Ctrm: 7B<br><br>Current Deadline:　May 13, 2024<br>Requested Deadline: June 12, 2024 |

| | |
|---|---|
| 1 | WHEREAS, on March 3, 2024, Plaintiff Miho Sakai filed a putative class action complaint in the above-captioned action on behalf of herself and others similarly situated against Defendant Sage Home Loans Corporation f/k/a Lenox Financial Mortgage Corporation d/b/a/ Weslend Financial ("Defendant" or "SHLC"); |

WHEREAS, on March 3, 2024, Plaintiff Miho Sakai filed a putative class action complaint in the above-captioned action on behalf of herself and others similarly situated against Defendant Sage Home Loans Corporation f/k/a Lenox Financial Mortgage Corporation d/b/a/ Weslend Financial ("Defendant" or "SHLC");

WHEREAS, Plaintiff Sakai served SHLC on March 13, 2024;

WHEREAS, parties previously stipulated, and the Court approved, that the time for SHLC to answer, move, or otherwise respond to the Complaint be extended to May 13, 2024 (ECF Nos. 13, 16);

WHEREAS, Plaintiff has agreed to extend the time for Defendant to answer, move, or otherwise respond to the Complaint further to June 12, 2024 as the parties explore settlement negotiations with the possibility of early resolution for the putative class.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by Plaintiff Sakai and SHLC, through their respective counsel of record and subject to Court approval, as follows:

Defendant SHLC shall have until June 12, 2024, to answer, move, or otherwise respond to the Complaint.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| 1 | Dated: May 2, 2024 | TURKE & STRAUSS LLP |
| 2 | | |
| 3 | | /s/ *Andrew Gunem* |
| 4 | | ANDREW GUNEM<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: May 2, 2024 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | | |
| 8 | | /s/ *David P. Fuad* <br>DAVID P. FUAD<br>Attorneys for Defendant |

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(ii), I, David P. Fuad, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

/s/ *David P. Fuad*
David P. Fuad
